IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESA DESANTIS POPPINO,

    Plaintiff,

v.                                              1:19-cv-01022-MV-LF

ANDREW M. SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on March 4, 2021 (Doc. 23). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 23) are ADOPTED;

2. Plaintiff's Motion to Remand (Doc. 16) is GRANTED, and this matter is remanded to the Commissioner for further proceedings.

3. A final order is entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE